IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:10-CR-150-BO-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | **O R D E R** |
| | ) | |
| DANIEL DAWSON CARTWRIGHT | ) | |
| | ) | |
| | ) | |

This matter is before the Court on defendant's pro se motion to terminate his supervised release [DE 37]. The motion is DENIED.

Defendant requests early termination, claiming he is gainfully employed with a public employer, his work requires periodic travel outside the United States, he has no infractions, he has served one out of five years of his supervised release, and his probation officer does not object. Defendant's Probation Officer, however, opposes the early termination. The officer cites defendant's lengthy criminal history, including seven prior convictions for fraudulent activity. Defendant has also had his probation and supervised release revoked due to his continued criminal activity. Defendant is a proven recidivist. After considering the factors set forth in 18 U.S.C. § 3553(a), the Court denies Defendant's request for early termination.

SO ORDERED, this 30 day of October, 2013.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE